IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 08-00261-01-CR-W-ODS |
| JAMES N. CARTER, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On October 6, 2008, Defendant filed a motion for a judicial determination of mental competency. Defendant was examined by forensic psychologist Shawn Channell, Ph.D. It is the opinion of Dr. Channell that Defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on May 11, 2009, Defendant and the government stipulated to the report of Dr. Channell.

Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between October 6, 2008, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is placed on the joint accelerated criminal jury trial docket commencing July 20, 2009.

 

                                                   */s/ Ortrie D. Smith*
                                                   ORTRIE D. SMITH
                                                   United States District Judge

Kansas City, Missouri
May _19__, 2009