IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )   Criminal Action No.
                                )   08-00261-01-CR-W-ODS
JAMES CARTER,                   )
                                )
            Defendant.          )

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United
States District Court for the Western District of Missouri, a
pretrial conference was held in the above-entitled cause before
me on March 4, 2010.  Defendant James Carter appeared in person
and with Assistant Federal Public Defender Larry Pace.  The
United States of America appeared by Assistant United States
Attorney Christina Tabor.

*I.*   *BACKGROUND*

On September 23, 2008, an indictment was returned charging
defendant with one count of possessing a firearm after having
been convicted of felonies, in violation of 18 U.S.C. §§
922(g)(1) and 924(e).

The following matters were discussed and action taken during
the pretrial conference:

## II.  TRIAL COUNSEL

Ms. Tabor announced that she will be the trial counsel for the government.  The case agent to be seated at counsel table is Detective Chris Gilio, TFO ATF.

Mr. Pace announced that he will be the trial counsel for defendant James Carter.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV.  TRIAL WITNESSES

Ms. Tabor announced that the government intends to call 10 witnesses without stipulations or 2 to 3 witnesses with stipulations during the trial.

Mr. Pace announced that defendant James Carter intends to call 2 witnesses during the trial.  The defendant may testify.

## V.   TRIAL EXHIBITS

Ms. Tabor announced that the government will offer approximately 10 exhibits in evidence during the trial.

Mr. Pace announced that defendant James Carter will offer approximately 2 exhibits in evidence during the trial.

## VI.  DEFENSES

Mr. Pace announced that defendant James Carter will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Pace stated this case is probably not for trial.

## VIII. STIPULATIONS

Stipulations are likely as to prior felony conviction and interstate nexus of firearm.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 1 to 1 1/2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed May 22, 2009, counsel for each party file and serve a list of exhibits he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by March 5, 2010;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, March 17, 2010;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, March 17, 2010. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

---

[1]Counsel in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the trial letter which will be prepared by Judge James England, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@ mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, March 19, 2010. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.

## XI.  UNUSUAL QUESTIONS OF LAW

No motions in limine are anticipated.  There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on March 22, 2010.  The parties ask for the case to be tried during the first week of the docket.


/s/ Robert E. Larsen
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
March 4, 2010

cc: Mr. Kevin Lyon